IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 10-cv-01723-BNB

FEB 0 3 2011

STANIMIR GEORGIEV PAVLOV,

GREGORY C. LANGHAM
CLERK

Applicant,

v.

WARDEN SMELZER [sic], Crowley County Correctional Facility, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

Respondents.

_____

ORDER DRAWING CASE

_____

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the

court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge. *See* D.C.COLO.LCivR

8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge.

DATED February 3, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01723-BNB

Stanimir Georgiev Pavlov
Prisoner No. 134930
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 3, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk