IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01723-PAB

STANIMIR GEORGIEV PAVLOV,

    Applicant,

v.

WARDEN SMELZER [sic], Crowley County Correctional Facility, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Mesa County District Court
            P.O. Box 20000-5030
            Grand Junction, Colorado  81502;

(2) Assistant Solicitor General
 Appellate Division
 Office of the Attorney General
 1525 Sherman Street
 Denver, Colorado 80203; and

(3) Court Services Manager
 State Court Administrator's Office
 101 W. Colfax, Ste. 500
 Denver, Colorado 80202.

DATED February 8, 2011, at Denver, Colorado.

                BY THE COURT:

                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge