IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01723-PAB

STANIMIR GEORGIEV PAVLOV, also known as
ATANAS VELICHKOV YORDANVO,

    Applicant,

v.

WARDEN SMELZER [sic], Crowley County Correctional Facility, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

---

### ORDER DENYING MOTION TO RECONSIDER

---

Applicant, Stanimir Georgiev Pavlov, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado. He filed *pro se* on May 9, 2011 a motion titled "Motion for Rehearing" [Docket No. 28].

The Court must construe the motion liberally because Mr. Pavlov is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The motion will be construed liberally as a motion to reconsider and, for the reasons discussed below, denied.

Mr. Pavlov again asks the Court to reconsider and vacate the Order of Dismissal [Docket No. 23] and the Final Judgment [Docket No. 24] entered in this action on April 20 and 22, 2011, respectively, which denied his habeas corpus application pursuant to 28 U.S.C. § 2254 and dismissed the action with prejudice.

The May 9 motion will be denied for the reasons articulated in the order of May 3, 2011 [Docket No. 27], denying his prior motions to reconsider [Docket Nos. 25 and 26]. Given that Mr. Pavlov has established a pattern of filing motions to reconsider that rehash the same arguments previously rejected, the clerk of the Court will be directed to strike any future such motions that Mr. Pavlov may file in the instant action.

Accordingly, it is

ORDERED that the motion titled "Motion for Rehearing" [Docket No. 28] that Applicant, Stanimir Georgiev Pavlov, filed *pro se* on May 9, 2011, is denied for the reasons articulated in the Order Denying Motion to Reconsider [Docket No. 27] denying his prior motions to reconsider [Docket Nos. 25 and 26] filed *pro se* on April 25 and May 2, 2011, respectively. It is further

ORDERED that the clerk of the Court is directed to strike any future motions for reconsideration that Mr. Pavlov may file in the instant action.

DATED May 10, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge